Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
DARIN JAMES

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARIN JAMES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>　　　　　Defendant(s), | Case No.: 3:21-cv-00488-TWR-RBB<br><br>NOTICE OF SETTLEMENT<br><br><br>Judge: Hon. Todd W. Robinson<br><br>Magistrate: Hon. Ruben B. Brooks |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

　　　　PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff DARIN JAMES ("Plaintiff") and Defendant PORTFOLIO RECOVERY

1  ASSOCIATES, LLC ("Defendant") have agreed to terms to settle Plaintiff's claims
2  herein, subject to the full execution of a confidential agreement.
3       Plaintiff intends to file a request for dismissal of the entire action and all claims
4  with prejudice within thirty (30) days or less. In light of the settlement, Plaintiff
5  respectfully requests the Court vacate all future hearings and deadlines in this case.

7  Dated: April 28, 2021      By:  /s/ Ahren A. Tiller
8      Ahren A. Tiller
    BLC Law Center, APC
9      Attorneys for Plaintiff

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On April 28, 2021 I served the following documents:

(1)     NOTICE OF SETTLEMENT

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):

- Nathan A. Searles – Nathan.Searles@PRAGroup.com, slgomez@portfoliorecovery.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 28, 2021          By:     /s/ Ahren A. Tiller
                                       Ahren A. Tiller
                                       BLC Law Center, APC
                                       Attorneys for Plaintiff