UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN JAMES,<br><br>                           Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                           Defendant. | Case No.: 21-CV-488 TWR (RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>(ECF No. 9) |

Good cause appearing, the Court **GRANTS** the Joint Motion for Dismissal of Entire Action with Prejudice (ECF No. 9) filed by all Parties. Pursuant to Federal Rule of Civil Procedure 41(a), this case is **DISMISSED WITH PREJUDICE** in its entirety, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated:  June 2, 2021

_____
Honorable Todd W. Robinson
United States District Judge